No. 862. McQuay-Norris Manufacturing Co. *v.* National Labor Relations Board. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Alan W. Boyd, Kurt F. Pantzer,* and *Charles M. Wells* for petitioner. *Solicitor General Biddle* and *Mr. Robert B. Watts* for respondent.

No. 769. Walsh *v.* Johnston, Warden. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. A. W. Boyken* for petitioner.

No. 835. Mangiaracino *v.* Laclede Steel Co. April 28, 1941. Petition for writ of certiorari to the Supreme Court of Missouri denied for the reason that application therefor was not made within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Mr. Leo Lyng* for petitioner. *Mr. Lyle M. Allen* for respondent.

No. 854. Phillips Petroleum Co. *v.* Taylor et al. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. Justice Douglas took no part in the consideration and decision of this application. *Messrs. H. D. Emery* and *Rayburn L. Foster* for petitioner.

No. 855. Hirson, Permanent Receiver, *v.* Koch. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr.

JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Milton C. Weisman* and *Max L. Rothenberg* for petitioner. *Mr. Ralph G. Albrecht* for respondent. *Messrs. John J. Bennett, Jr.,* Attorney General of the State of New York, *Ambrose V. McCall,* and *John R. O'Hanlon,* and *Bertha Schwartz,* Assistant Attorneys General, filed a brief on behalf of the State of New York, as *amicus curiae,* in support of the petitioner.

No. 872. GOCHENOUR ET AL. *v.* GEORGE AND FRANCES BALL FOUNDATION ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Meyer Abrams* and *Joseph L. Stern* for petitioners. *Messrs. William H. Thompson, Perry E. O'Neal,* and *Patrick J. Smith* for respondents.

No. 743. McKAY ET AL. *v.* RETAIL AUTOMOBILE SALESMEN'S LOCAL UNION No. 1067 ET AL. April 28, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. C. Fenton Nichols* for petitioners. *Mr. Joseph C. Sharp* for respondents.

No. 834. CITIES SERVICE OIL Co. *v.* DUNLAP ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Clayton L. Orn, David B. Trammell,* and *Hayes McCoy* for petitioner. *Mr. Angus G. Wynne* for respondents.